■ In the Matter of SIDNEY I. DYER, Appellant. BLANCHE DYER, Respondent.— In a habeas corpus proceeding to obtain the custody and control of two infant children of the parties, the appeal is (1) from an order dated November 1, 1955, dismissing the writ without prejudice to any other proceeding appellant may wish to institute, and (2) from so much or an order dated September 1, 1955 as granted respondent a counsel fee. Order dated November 1, 1955 reversed, without costs, a new hearing granted, and respondent directed to make return to the writ upon five days' notice. Order dated September 1, 1955, insofar as appealed from, reversed, without costs, and motion denied. No sufficient ground is shown for the dismissal of the writ without a hearing on the merits. The learned Justice at Special Term, recognizing that there is no authority to award counsel fees in a habeas corpus proceeding, treated the motion as having been made to modify a judgment entered in 1946 separating respondent from appellant. However, respondent had obtained a judgment of divorce in Arkansas in 1949 and, consequently, counsel fees could not be awarded in the separation action. (*Marshall* v. *Marshall*, 280 App. Div. 814, affd. 304 N. Y. 956; *Marshall* v. *Marshall*, 281 App. Div. 976.) Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ, concur; Hallinan, J., not voting.

■ In the Matter of PACFORD REALTY CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator which established the maximum rent of a housing accommodation at $66.13 monthly and decreased the rent to $59.50 monthly for appellant's failure to paint, the landlord appeals from (1) an order dated October 16, 1956 denying the petition and dismissing the proceeding, and (2) an order dated January 16, 1956, which (a) granted the State Rent Administrator's motion for rehearing, on additional papers, of a decision on which an order dated December 6, 1955 was entered, (b) vacated said order and (c) remitted the proceeding for further consideration. Order dated October 16, 1956 unanimously affirmed, without costs. Appeal from order dated January 16, 1956 dismissed, without costs. No opinion. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ .